AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

American Federation of Labor and Congress
of Industrial Organizations

**SUMMONS IN A CIVIL CASE**

V.

Elaine L. Chao

CASE NUMBER  1:06CV02009

JUDGE: John D. Bates

DECK TYPE: Administrative Agency Review

DATE STAMP: 11/27/2006

TO: (Name and address of Defendant)

United States Department of Labor
200 Constitution Ave., N.W.
Washington, D.C. 20210
Serve: Elaine Chao

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            NOV 27 2006
CLERK                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  11/29/2006 |
| NAME OF SERVER *(PRINT)*  Patrick Johnson | TITLE  Paralegal Administrator |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): __Certified mail as per Fed. R. Civ. P. 4(i)__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/29/2006__  _____
            Date                 Signature of Server

Bredhoff & Kaiser
805 15th St. N.W., ste. 1000
Washington, D.C. 20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Tomlinson   C. Date of Delivery 12/5/06 |
| 1. Article Addressed to:<br><br>Elaine Chao<br>U.S. Department of Labor<br>200 Constitution Ave. NW<br>Washington DC 20210 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (*Transfer from service label*)  7005 1820 0002 9158 9700 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |