James B. Coppess (D.C. Bar #347427)
AFL-CIO
815 Sixteenth Street, NW
Washington, D.C. 20006
(202)637-5397
jcoppess@aflcio.org
*Counsel for Plaintiff*

Helen H. Hong (CA SBN 235635)
Richard Lepley (D.C. Bar #332346)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
(202)514-5838
helen.hong@usdoj.gov
*Counsel for Defendant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, <br><br> Plaintiff, <br><br> <br> ELAINE L. CHAO, UNITED STATES SECRETARY OF LABOR, 200 CONSTITUTION AVE., NW WASHINGTON, D.C. 20210, <br><br> Defendant. | No. 1:06CV02009 (JDB) |

**JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE**

Plaintiff, American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO"), filed on November 27, 2006 its two-count complaint challenging under the Administrative Procedure Act, 5 U.S.C. § 500, et. seq., a final rule promulgated by the Secretary of Labor. Plaintiff perfected service on the

United States Attorney for the District of Columbia on December 6, 2006, triggering defendant's obligation to file an answer under Federal Rule of Civil Procedure 12(a)(3)(A) by February 5, 2007.  Because the parties agree that cross-motions for summary judgment under Rule 56 will most efficiently and expeditiously lead to a resolution of this dispute, the parties jointly move for the court to adopt the following proposed briefing schedule to govern the filing of cross-motions for summary judgment on plaintiff's complaint.  The parties have agreed to extend the time by which the United States should file an answer under Rule 12(a)(4)(A), if necessary, until the court rules on the cross-motions for summary judgment.

**Proposed Briefing Schedule**

| FILING | FILING DEADLINE |
|---|---|
| Plaintiff files motion for summary judgment | January 29, 2007 |
| Defendant files opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment | February 20, 2007 |
| Plaintiff files reply in support of summary judgment and opposition to cross-motion for summary judgment | March 12, 2007 |
| Defendant files reply in support of its cross-motion for summary judgment | March 23, 2007 |

For the foregoing reasons, the parties jointly move for the entry of the proposed briefing schedule.

Respectfully Submitted,

/s/ James B. Coppess
JAMES B. COPPESS
AFL-CIO
815 Sixteenth Street, NW
Washington, D.C. 20006
(202)637-5397
*Attorney for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

/s/ Helen H. Hong
HELEN H. HONG
RICHARD G. LEPLEY
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
(202)514-5838
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2007, a true and correct copy of the foregoing Joint Motion for Entry of Briefing Schedule was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    /s/ Helen H. Hong
                                    HELEN H. HONG