UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
AMERICAN FEDERATION OF LABOR AND        )
CONGRESS OF INDUSTRIAL                  )
ORGANIZATIONS,                          )
                                        )
        Plaintiff,                      )
                                        )    No. 1:06CV02009 (JDB)
                                        )
                                        )
ELAINE L. CHAO, UNITED STATES           )
SECRETARY OF LABOR,                     )
200 CONSTITUTION AVE., NW               )
WASHINGTON, D.C. 20210,                 )
                                        )
        Defendant.                      )
_____)

### [PROPOSED] ORDER GRANTING PARTIES'
### JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE

Based on the parties' joint motion for entry of a briefing schedule, it is hereby

ORDERED that the parties' joint motion for entry of a briefing schedule be, and hereby is, GRANTED. The briefing schedule proposed in the parties' joint motion is hereby adopted, and the defendant's time to file an answer to the complaint, if necessary, is extended until after a ruling on any motions for summary judgment filed in accordance with this order. Accordingly, it is hereby

ORDERED that the parties file the following filings by the associated deadline:

| FILING | FILING DEADLINE |
|---|---|
| Plaintiff files motion for summary judgment | January 29, 2007 |

| Defendant files opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment | February 20, 2007 |
| --- | --- |
| Plaintiff files reply in support of summary judgment and opposition to cross-motion for summary judgment | March 12, 2007 |
| Defendant files reply in support of its cross-motion for summary judgment | March 23, 2007 |

Dated this \_\_\_\_\_ day of _____, 2007.

_____
Judge John D. Bates