UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ELAINE L. CHAO, United States Secretary of Labor,<br><br>　　　　Defendant. | Civil Action No. 06-2009 (JDB) |

## SCHEDULING ORDER

Upon consideration of the parties' joint motion for a briefing schedule, it is this 22nd day of January, 2007, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the briefing schedule proposed in the parties' joint motion is hereby adopted, and defendant's time to file an answer to the complaint, if necessary, is extended until after a ruling on any motions for summary judgment filed in accordance with this order; it is further

**ORDERED** that plaintiff shall file its motion for summary judgment by not later than January 29, 2007; it is further

**ORDERED** that defendant shall file a response to plaintiff's motion for summary judgment, as well as any cross-motion for summary judgment, by not later than February 20,

2007; it is further

    **ORDERED** that plaintiff shall file a reply in support of its motion for summary judgment, as well as its opposition to defendant's cross-motion for summary judgment, by not later than March 12, 2007; and it is further

    **ORDERED** that defendant shall file a reply in support of its cross-motion for summary judgment by not later than March 23, 2007.

    **SO ORDERED**.

                                        /s/
                              **JOHN D. BATES**
                        **United States District Judge**

Date:   January 22, 2007