Helen H. Hong (CA SBN 235635)
Richard Lepley (D.C. Bar #332346)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
(202) 514-5838
helen.hong@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ELAINE L. CHAO, UNITED STATES SECRETARY OF LABOR, 200 CONSTITUTION AVE., NW WASHINGTON, D.C. 20210,<br><br>　　Defendant. | No. 1:06CV02009 (JDB) |

**NOTICE OF FILING UNDER LOCAL RULE 5.4(e)(1)**

　　Defendant Secretary of Labor ("Secretary" or "Department") hereby notifies counsel of record that Exhibit 1 to the Declaration of Beverly E. Walker filed in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment is excepted from the requirements for electronic filing and is hereby filed at the Clerk's Office and served on counsel of record by first-class mail.  Exhibit 1 is a CD containing,

inter alia, copies of all unique comments received in response to the Department's 2002 Notice of Proposed Rulemaking ("2002 NPRM"), 67 Fed. Reg. 79280, and exceeds 500 pages.

          Respectfully Submitted,

          PETER D. KEISLER
          Assistant Attorney General

          JEFFREY A. TAYLOR
          United States Attorney

          /s/ Helen H. Hong
          RICHARD G. LEPLEY
          HELEN H. HONG
          Department of Justice
          Civil Division, Federal Programs Branch
          20 Massachusetts Ave., NW
          Washington, D.C. 20530
          *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 20, 2007, a true and correct copy of the foregoing Notice of Filing Under Local Rule 5.4(e)(1) was served on the following counsel of record by first-class mail:

>James B. Coppess
>AFL-CIO
>815 Sixteenth Street, NW
>Washington, D.C. 20006

                                                  /s/ Helen H. Hong

                                                HELEN H. HONG