UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>    Plaintiff,<br><br>    v.<br><br>ELAINE L. CHAO, United States Secretary of Labor,<br><br>    Defendant. | Civil Action No. 06-2009 (JDB) |

### ORDER

Upon consideration of [8] the AFL-CIO's motion for summary judgment, [9] the Secretary of Labor's cross-motion for summary judgment, the oppositions and replies thereto, the arguments at the motions hearing held on June 26, 2007, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 16th day of July, 2007, hereby

    **ORDERED** that the AFL-CIO's motion for summary judgment is **GRANTED**; it is further

    **ORDERED** that the Secretary of Labor's cross-motion for summary judgment is **DENIED**; and it is further

    **ORDERED** that the 2006 rule, "Labor Organization Annual Financial Reports for Trusts in Which a Labor Organization is Interested, Form T-1," 71 Fed. Reg. 57,716, is **VACATED**.

    **SO ORDERED**.

                                                                /s/
                                                              **JOHN D. BATES**
                                                   **United States District Judge**

Date:   July 16, 2007